■ RANDY—THE SALON, Respondent, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Appellants. [605 NYS2d 1023] — Motion for permission to file and serve reply brief denied. Memorandum: The motion is unnecessary. On October 1, 1993, the Court granted respondent's motion to strike appellants' brief with leave to refile. After a proper appellants' brief is filed and served and responded to, appellants will have the opportunity to file a timely reply brief. Present—Callahan, J. P., Green, Pine, Boomer and Davis, JJ. (Filed Oct. 25, 1993.)

■ FLORENCE ROZLER, Individually and as Parent and Natural Guardian of JAMES V. ROZLER, an Infant, Appellants, v HOMELITE DIVISION OF TEXTRON, INC., et al., Respondents. [605 NYS2d 1024] —Motion by Homelite Division of Textron, Inc., to dismiss the appeal granted *(see, Casiano v Weinstein & Son Floor Covering Corp.,* 37 AD2d 564, 565). Present—Pine, J. P., Lawton, Boomer, Davis and Boehm, JJ. (Filed Oct. 22, 1993.)

■ KRISTEN KLINE, an Infant, by JOANNE KLINE, Individually and as Mother and Natural Guardian, Appellants, v CHILDRENS HOSPITAL OF BUFFALO, Respondent. [605 NYS2d 1024] — Motion to extend time to perfect appeal granted upon condition that appellant's records and briefs are filed and served on or before December 1, 1993. Memorandum: No further extensions will be granted. There is no authority for consolidating appeals. Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed Oct. 27, 1993.)

■ CHARLES R. MEURER, Appellant, v JOHN DOE INSURANCE COMPANY et al., Respondents. [605 NYS2d 1024] —Motion to dismiss appeal denied. Memorandum: The motion to dismiss the appeal is unnecessary inasmuch as the appeal has been abandoned *(see,* 22 NYCRR 1000.3 [b] [2] [i]). Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed Oct. 28, 1993.)